UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 11-11670 |
| DARRELL EDWARDS<br>JEANETTE EDWARDS | CHAPTER 13 |
| DEBTORS | SECTION "B" |

## O R D E R

Considering U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investment Trust, through its servicing agent, SN Servicing Corp.'s Motion for Leave to Late File a Statement of Response to Trustee's Notice of Final Cure Payment (P-34),

**IT IS ORDERED** that U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investment Trust, through its servicing agent, SN Servicing Corp. be and hereby is allowed to late file a Statement of Response to Trustee's Notice of Final Cure Payment.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 18, 2016.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge